# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAWN WILLIAMS**                                                                                   **PLAINTIFF**

**V.**                                          **NO. 3:14CV106-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Dawn Williams's appeal is denied and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

So ordered, this 1st day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE