IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAWN WILLIAMS**                                                                                           **PLAINTIFF**

V.                                         NO. 3:14CV106-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                                            **DEFENDANT**

## ORDER

The Court has requested and received an excerpted transcript of the oral argument hearing held on March 26, 2015.  The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $35.55.  A copy of the invoice for transcription services is attached.

IT IS SO ORDERED, this 10th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## ORIGINAL
INVOICE

TO: UNITED STATES DISTRICT COURT

INVOICE DATE: March 31, 2015   INVOICE NO.: USDC12-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-005

TRANSCRIPT OF: Excerpted Oral Findings of Fact and Conclusions of Law in Oral Argument Hearing

Case Name: *Dawn Williams v. Commissioner, Social Security Administration*

Case No.: 3:14-CV-00106-BD

Hearing Date: 3/26/2015

Presiding Judicial Officer:   Honorable Beth Deere

Transcript Type: **7-day Expedited Original Transcript**
Transcript Order Date: 3/26/2015
Transcript Order and Recording Received by Transcriber Date:  3/27/2015
Transcript Order Due Date:  4/3/2015 (7 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date: 3/31/2015 (Via U.S. Priority Mail to Suzy Flippen)

| | |
|---|---|
| 9 pages @ $3.95 per page (7 day expedited rate) | $35.55 |
| TOTAL DUE | $35.55 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR  72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No:  USDC-ARE-12-001